RECEIVED
BY _____
JAN 1 2 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRIAN JAMES HAMILTON | : | DOCKET NO. 6:09-cv-1698 |
| | | Section P |
| VS. | : | JUDGE DOHERTY |
| WARDEN RONNIE R. HOLT | : | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the government's Motion to Dismiss [rec. doc. 9] is **GRANTED**, and accordingly, this action is **DISMISSED WITHOUT PREJUDICE** because Hamilton has failed to exhaust administrative remedies available to him within the BOP and because this court lacks jurisdiction over the respondent Warden.

**THUS DONE AND SIGNED**, in Chambers, in Lafayette, Louisiana, on this 11 day of January, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 1-12-10
BY: CB
TO: CQ